# United States Court of Appeals for the Federal Circuit

---

**MOHAMAD E. TAHA, DECEASED, SANAA M. YASSIN, HIS WIFE,**

*Plaintiffs - Appellants*

v.

**UNITED STATES,**

*Defendant - Appellee*

---

18-1879

---

Appeal from the United States Court of Federal Claims in case No. 1:17-cv-01174-CFL, Judge Charles F. Lettow.

---

## MANDATE

---

In accordance with the judgment of this Court, entered December 14, 2018, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

February 04, 2019

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court