# In the United States Court of Federal Claims

No. 17-1174T

(Filed: December 19, 2019)

|  |  |
|---|---|
| ALI TAHA, on behalf of his deceased brother and his brother's wife, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER

In consideration of the matters addressed at trial held on December 9 through 10, 2019, the court

(1) directs the Clerk to revise the case caption to specify that Ali Taha is now the named plaintiff filing on behalf of his deceased brother and his brother's wife;

(2) due to Mr. Taha's financial hardship, the Clerk is directed to provide a copy of the transcript of trial to Mr. Taha without charge.

It is so **ORDERED**.

_____
Charles F. Lettow
Senior Judge