# In the United States Court of Federal Claims

No. 17-1174 T
Filed: April 1, 2020

**ALI TAHA, on behalf of his deceased brother and his brother's wife**

v.

**UNITED STATES**

**JUDGMENT**

Pursuant to the court's Opinion and Order, filed April 1, 2020,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs' 2003 tax claim is dismissed for lack of subject-matter jurisdiction.   No costs.

Lisa L. Reyes
Clerk of Court

By:  *Debra L. sAmler*

Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.