# In the United States Court of Federal Claims

No. 17-1174T

(Filed: May 1, 2020)

|  |  |
|---|---|
| **ALI TAHA,** on behalf of his deceased brother and his brother's wife, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **UNITED STATES**, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

Pending before the court is plaintiffs' motion for reconsideration of this court's decision, filed April 1, 2020, that plaintiffs' claim for a tax refund be dismissed for lack of subject-matter jurisdiction. *See* Pls.' Mot. for Recons., ECF No. 95 (seeking reconsideration of *Taha v. United States*, ___ Fed. Cl. ___, 2020 WL 1611941 (April 1, 2020)). In their motion, plaintiffs contend that the court's decision failed to take account of their 2004 tax refund claim and the court wrongly focused on tax year 2003.

The arguments presented by plaintiffs echo those presented in their post-trial briefing and were considered by the court in its ruling. Plaintiffs' 2004 tax refund claim was dismissed by this court in *Taha v. United States*, 137 Fed. Cl. 462 (2018) and that ruling was affirmed on appeal in *Taha v. United States*, 757 Fed. Appx. 947 (Fed. Cir. 2018). Accordingly, plaintiffs' motion for reconsideration is DENIED.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge