# United States Court of Appeals for the Federal Circuit

---

**ALI M. TAHA, ON BEHALF OF HIS DECEASED BROTHER AND HIS BROTHER'S WIFE,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2020-2061

---

Appeal from the United States Court of Federal Claims in No. 1:17-cv-01174-CFL, Senior Judge Charles F. Lettow.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered March 7, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

April 28, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court